MARK G. PASSANNANTE, OSB #944035
mark@broerandpassannante.com
Broer & Passannante, P.S.
8904 NE Hazel Dell Avenue
Vancouver WA 98665
(503)294-0910 - Phone
(360)576-7978 - Fax
Of Attorneys for Creditor We Collect, Inc. dba Atlas Financial Services

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re:<br><br>BRIDGET L. TOWLES,<br><br>    Debtor<br><br>BRIDGET L. TOWLES,<br><br>    Plaintiff,<br><br>    v.<br><br>WE COLLECT, INC., dba ATLAS FINANCIAL SERVICES,<br><br>    Defendant | Case No. 21-31455-thp13<br><br>Adversary No. 21-03046-thp<br><br>CREDITOR'S ANSWER TO AMENDED COMPLAINT |

Comes Now the creditor, by and through, its Attorney Mark G. Passannante and Broer & Passannante, P.S. and answers plaintiff's amended complaint as follows:

1.

Admit the allegations of paragraph 1 to the extent that it alleges this Court has jurisdiction over the matter.

2.

Admit the allegations of paragraph 2.

3.

Creditor is without sufficient knowledge to admit or deny the allegations of paragraph 3 and therefore denies the same.

//

Page 1 -    ANSWER TO AMENDED COMPLAINT

4.

Admit the allegations of paragraph 4.

5.

Deny the allegations of paragraph 5, plaintiff's judgment lien was created on April 21, 2021 as provided by ORS 46.488(2).

6.

Defendant is without sufficient information or knowledge to know what plaintiff is referring to in relation to a potential secured claim and therefore denies that allegation.

7.

Defendant restates its responses to paragraphs 1 through 6 in response to paragraph 7.

8.

Admit the allegations of paragraph 8 to the extent that it alleges defendant's Judgment Lien attached within 90 days of the bankruptcy filing.

9.

Admit the allegations of paragraphs 9(a) and (b), defendant is without sufficient information or knowledge to admit or deny the allegations of paragraph 9(c) and (d) and therefore denies the same.

10.

Deny the allegations of paragraph 10.

11.

Defendant restates its responses to paragraphs 1 through 10 in response to paragraph 11.

12.

Deny the allegations of paragraph 12.

13.

Deny the allegations of paragraph 13 and 14.

14.

Except as specifically admitted herein, defendant denies each and every allegation of plaintiff's amended complaint.

Page 2 -    ANSWER TO AMENDED COMPLAINT

BROER & PASSANNANTE, PS
8904 NE Hazel Dell Avenue
Vancouver WA 98665
Telephone: (503) 294-0910
Facsimile: (360)576-7978

AFFIRMATIVE DEFENSE

15.

Defendant restates its responses to plaintiffs allegations in the amended complaint herein.

16.

Debtors do not have an unrestricted right to avoid preferences that have not been avoided by the trustee.

17.

Defendant's lien does not impair Debtors exemption in the property identified in her amended complaint and thus, plaintiff is not entitled to avoid defendant's lien.

Wherefore having fully answered the amended complaint, defendant requests that the adversary proceeding against it be dismissed and it be awarded its costs incurred defending the same.

November 5, 2021

*/s/Mark G. Passannante*
Mark G. Passannante, OSB#944035
Of Attorneys for Creditor We Collect, Inc.

Service by:

e-service on November 5, 2021 to: Richard Parker, attorney for plaintiff

Page 3 -    ANSWER TO AMENDED COMPLAINT

BROER & PASSANNANTE, PS
8904 NE Hazel Dell Avenue
Vancouver WA 98665
Telephone: (503) 294-0910
Facsimile: (360)576-7978